UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Dexter Anderson,

               Plaintiff,

Case No. 18-CV-2891 (SRN/KMM)

v.

ORDER

M. Rios, Warden et al.,

               Defendants.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Kate Menendez, dated February 20, 2019. No objections have been filed to that Report and Recommendation in the time period permitted. Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

IT IS HEREBY ORDERED that this action is DISMISSED WITHOUT PREJUDICE under Fed. R. Civ. P. 41(b) for failure to prosecute.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Date: March 11, 2019

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge